IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MLADINICH, individually and On Behalf of All Other Similarly Situated Employees,<br><br>    Plaintiff,<br><br>  v.<br><br>SAFEGUARD PROPERTIES, LLC.; DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | No. C 16-03414 WHA<br><br>**ORDER REGARDING REQUEST FOR EXTENSION** |

       According to a notice filed by the Court in all class actions, including this class action (Dkt. No. 5), parties may not discuss settlement until after a class is certified. While it is reasonable to discount class members' claims by the risk of litigation on the merits, it is not reasonable to further discount claims by the risk that class certification will be denied.

       The Court is concerned to learn that counsel have taken it upon themselves to reach a purported settlement in principle (Dkt. No. 9). If the proposed settlement is a settlement on an individual basis, then the Court is less concerned.

       Before acting on the stipulated request for an extension, the Court requests that counsel

state whether the proposed settlement is a class settlement or an individual settlement by **SEPTEMBER 12, 2016 AT NOON**.

**IT IS SO ORDERED.**

Dated:  September 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE