IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MLADINICH, individually and on behalf of all other similarly situated employees,<br><br>        Plaintiff,<br><br>  v.<br><br>SAFEGUARD PROPERTIES, LLC, and DOES 1–100, inclusive,<br><br>        Defendants.<br>_____ / | No. C 16-03414 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference is **CONTINUED UNTIL SEPTEMBER 22, 2016, AT 11:00 A.M.** No further continuances will be granted.

**IT IS SO ORDERED.**

Dated: September 12, 2016.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE